**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN SANCHEZ RAMIREZ,<br><br>PLAINTIFF(S)<br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:26-cv-05772-ACCV<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Petitioner failed to comply with Local Rules 11-6.1 and 11-6.2. Petitioner filed a 44 page petition, which far exceeds the 7,000 word limit under Local Rule 11-6.1. Petitioner may remedy this deficiency by filing a petition that complies with Local Rules 11-6.1 and 11-6.2.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS (Docket No. 1) | 09/30/26 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

October 29, 2026
Date

United States ~~District Judge~~/Magistrate Judge